JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATIA JORDAN, an individual,<br>Plaintiff,<br>v.<br>GEICO GENERAL INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive,<br>Defendant. | CASE NO. 2:26-cv-01441 AB (DFMx)<br>(Formerly Los Angeles County Superior Court Case No. 26SMCV00022)<br><br>**~~[PROPOSED]~~ JUDGMENT IN FAVOR OF DEFENDANT GEICO GENERAL INSURANCE COMPANY PURSUANT TO ORDER DISMISSING ALL CLAIMS ASSERTED AGAINST GEICO IN PLAINTIFF'S FIRST AMENDED COMPLAINT; CERTIFICATION OF JUDGMENT**<br><br>Complaint Filed: January 8, 2026 |

On October 21, 2026, the Court entered an Order (Dkt. #52) granting in its entirety the Motion to Dismiss the Plaintiff's First Amended Complaint of Defendant GEICO GENERAL INSURANCE COMPANY ("GEICO") (Dkt. #46), without leave to amend.

After full consideration of the points and authorities submitted by both parties, the Court granted GEICO's motion to dismiss the First Amended Complaint on the grounds that it found that Plaintiff failed to state a claim for breach of the implied covenant of good faith and fair dealing and that Plaintiff's second cause of action for declaratory relief was duplicative and subject to

dismissal as Plaintiff had so conceded in her opposition to the motion to dismiss. (Dkt. #48).

The Court therefore dismissed the action with prejudice and without leave to amend.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of GEICO and against Plaintiff KATIA JORDAN as to Plaintiff's entire complaint.

This judgment is certified and entered by the Court pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 28, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE